IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SALOME BROWN-EL,

    Plaintiff,

v.                                    Civil Action No. 3:14CV34

J. VASQUEZ, et al.,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on February 18, 2014, the Court conditionally docketed the action. At that time, the Court directed Salome Brown-El to submit a statement under oath or penalty of perjury that:

    (A)   Identifies the nature of the action;
    (B)   States her belief that she is entitled to relief;
    (C)   Avers that she is unable to prepay fees or give security therefor; and,
    (D)   Includes a statement of the assets she possesses.

See 28 U.S.C. § 1915(a)(1). The Court provided Brown-El with an in forma pauperis affidavit form for this purpose. The Court warned Brown-El that a failure to return the in forma pauperis affidavit within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Brown-El has not complied with the order of this Court. Brown-El failed to return the in forma pauperis affidavit. As a result, she does not qualify for in forma pauperis status. Furthermore, she has not paid the statutory filing fee for the

instant action. See 28 U.S.C. § 1914(a). Such conduct demonstrates a willful failure to prosecute. See Fed. R. Civ. P. 41(b). Accordingly, this action will be dismissed without prejudice.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion to Brown-El.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: April 10, 2014
Richmond, Virginia

2